# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. ED CV 19-01024-DOC (ASx)                    Date:  June 5, 2019

Title: KULWINDER SINGH V. U.S. DEPARTMENT OF HOMELAND SECURITY
     ET AL.

---

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Lewman | Not Present |
|:---:|:---:|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|:---:|:---:|
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):   ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**

On June 4, 2019, Petitioner Kulwinder Singh filed the Petition for Writ of Habeas Corpus and Emergency Temporary Restraining Order (Dkt. 1). On June 5, 2019, the Court GRANTED the Motion for Emergency Stay of Removal and temporarily ENJOINED Respondent from removing Petitioner from the United States.

Accordingly, the Court ORDERS Defendants to appear before this Court on June 17, 2019, at 7:30 a.m. to show cause why a preliminary injunction shall not issue to enjoin Defendants from removing Petitioner from the United States during the pendency of this case. The parties may file a stipulation obviating the need for a preliminary injunction hearing.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11
CIVIL-GEN                                          Initials of Deputy Clerk: djl