JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| KULWINDER SINGH, | No. CV 19-1024-DOC (ASx) |
| Petitioner, | |
| v. | ORDER DISMISSING ACTION [12] |
| U.S. DEPARTMENT OF HOMELAND SECURITY, an agency of the United States Government; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, an agency of the United States Government; TIMOTHY S. ROBBINS, Field Office Director, Immigration and Customs Enforcement; and WILLIAM P. BARR, Attorney General of the United States, | Honorable David O. Carter |
| Respondents. | |

The Court has considered the Stipulation of Dismissal without Prejudice the parties filed.

THE COURT HEREBY ORDERS that this action, No. CV 19-001024-DOC (ASx), is dismissed in its entirety without prejudice, with each party to bear its own costs and fees, including attorney fees.

DATED: July 9, 2019

*David O. Carter*
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE